

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00257-CV

| | | |
|---|---|---|
| CITY OF GRAPEVINE, Appellant | § | On Appeal from the 348th District Court |
| v. | § | of Tarrant County (348-303736-18) |
| LUDMILLA B. MUNS, RICHARD MUELLER, KARI PERKINS, KEVIN PERKINS, PAMELA HOLT, AND A-1 COMMERCIAL AND RESIDENTIAL SERVICES, INC., Appellees | § | December 23, 2021 |
| | § | Opinion by Justice Kerr |

## JUDGMENT ON REHEARING

After considering Appellant City of Grapevine's motion for en banc reconsideration and the response filed by Appellees Ludmilla B. Muns, Richard Mueller, Kari Perkins, Kevin Perkins, Pamela Holt, and A-1 Commercial and Residential Services, Inc. (collectively, "the Homeowners"), we withdraw our August 5, 2021 opinion and judgment on our own motion and substitute the following.

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's order. It is ordered that the trial court's order is affirmed in part and reversed and rendered in part. We reverse that portion of the trial court's order denying City of Grapevine's amended plea to the jurisdiction as to the Homeowners' preemption claim and render judgment dismissing it. We affirm the remainder of the trial court's order.

It is further ordered that each party shall bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr